UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 10-01500 - JVS (RNBx)                                  Date  February 10, 2011

Title  Mariano K. Yeo v. Citibank, et al.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

Not Present                                                          Not Present

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

      The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than **February 25, 2011,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this Order to Show Cause, on or before the above date:

   **X**  **Proof of service of summons and complaint as to defendants or**

   **X**  **Answer by the defendant(s)  or   plaintiff's request for entry of default as to defendants**

      Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

      It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

      The Court vacates the Scheduling Conference currently set for Monday, February 14, 2011 to be reset at a later date if necessary.

      :   00

Initials of Preparer   kjt