JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mariano K. Yeo,             )<br>             )<br>        Plaintiff,    )<br>             )<br>      v.             )<br>             )<br>Citibank, et al.,         )<br>             )<br>             )<br>        Defendants.    )<br>             )<br>             )<br> _____ ) | SACV 10-01500-JVS(RNBx)<br><br>ORDER OF DISMISSAL FOR<br><br>LACK OF PROSECUTION |

   The Court having issued an Order to Show Cause on

 ___February 10, 2011___  as to why this action should not be

dismissed for lack of prosecution, with a written response due on

February 25, 2011 and no response having been made,


   IT IS HEREBY ORDERED that this action is dismissed for lack of

prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).


DATED: March 10, 2011

_____
James V. Selna
United States District Judge